THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| BRIAN SCOTT REID, SR.,<br><br>Plaintiff,<br><br>v.<br><br>WEST VALLEY POLICE DEPARTMENT, et al.,<br><br>Defendants. | **ORDER ADOPTING [46] REPORT AND RECOMMENDATION GRANTING [36] MOTION TO DISMISS, GRANTING [37] MOTION TO DISMISS, AND DISMISSING THE ACTION WITHOUT PREJUDICE**<br><br>Case No. 2:21-cv-00576-DBB-CMR<br><br>District Judge David Barlow |

The Report and Recommendation[1] issued by United States Magistrate Judge Cecilia M. Romero on December 12, 2024, recommends that the court dismiss Plaintiff Brian Scott Reid, Sr.'s ("Mr. Reid") action.[2] The magistrate judge reasoned dismissal was proper because Mr. Reid "failed to allege facts sufficient to establish the elements necessary to succeed" on his malicious prosecution claim.[3] The magistrate judge also found that Mr. Reid's claims are time-barred.[4] The magistrate judge advised Mr. Reid of his right to object to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).[5] Mr. Reid did not file an objection.[6] Because he filed no written objection by the specified deadline, the court reviews the Report and Recommendation for clear

---

[1] Report and Recommendation Granting Motion to Dismiss, and Granting Motion to Dismiss, ECF No. 46, filed Dec. 12, 2024.
[2] *Id.* at 11.
[3] *Id.* at 4.
[4] *Id.* at 11–12.
[5] *Id.* at 10.
[6] *See* Docket.

1

error.[7] Having done so, the court finds that the magistrate judge's analysis and conclusions are sound and no clear error appears on the face of the record.

Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation[8] is ADOPTED. The court DISMISSES Plaintiff's action without prejudice.

Signed January 3, 2025.

BY THE COURT

David Barlow
United States District Judge

---

[7] *Johnson v. Progressive Leasing*, No. 222CV00052RJSCMR, 2023 WL 4044514, at *2 (D. Utah June 16, 2023), *appeal dismissed*, No. 23-4090, 2023 WL 9062281 (10th Cir. July 26, 2023) ("This court generally reviews unobjected-to portions of a report and recommendation for clear error."); *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996) ("[W]e hold that a party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review."); Fed. R. Civ. P. 72(b)(2).
[8] ECF No. 46.